1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
vs.                              )        2:10-cr-268-HDM-PAL
                                 )
MARIO LATREVIOUS JOHNSON,        )
                                 )
            Defendant.           )        **ORDER**
_____ )

16
17
18
19
20
21
22
23
24
25
26
27
28

        IT IS HEREBY ORDERED that Mario Valencia, Esq. is appointed as counsel for

Mario Latrevious Johnson in place of James Harsell, Esq. for all future proceedings.

        Mr. Harsell  shall forward the file to Mr. Valencia  forthwith.

        DATED  this 21st day of January, 2011.

                                        Howard D M⁼Kibben
                                        _____
                                        Howard D. McKibben
                                        UNITED STATES DISTRICT  JUDGE